**Jesse Edward JAMES, Jr., Alias Justice Croft, Appellant, v. UNITED STATES of America, Appellee.**

No. 12932.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1949.

See also 175 F.2d 769.

Jesse E. James, Jr., in pro. per.

Arthur A. Simpson, Asst. U. S. Atty., Jacksonville, Fla., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**Jack W. DURANT, Appellant, v. Thomas J. GOUGH, Acting Warden, U. S. Penitentiary (W. H. Hiatt, Substituted, Atlanta, Georgia), Appellee.**

No. 12749.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1949.

Bruce F. Woodruff, Atlanta, Ga., Hugh H. Obear, Washington, D. C., Orville H. Walburn, Washington, D. C., for appellant.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., Col. Eugene M. Caffey, J. A. G. C., Fort McPherson, Ga., Lt. Col. H. M. Peyton, J. A. G. D., Fort McPherson, Ga., Lt. Col. Nicholas R. Voorhis, Office, Judge Advocate Genl., Washington, D. C., Lt. Col. Reginald C. Miller, Washington, D. C., Capt. Nichols M. Margetis, Washington, D. C., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from, D.C., 81 F.Supp. 948, is affirmed.

**Fernando Quinones JIMENEZ, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 21767.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1949.

Fernando Quinones Jimenez, in pro. per.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**Leon JONES, Appellant, v. UNITED STATES of America, Appellee.**

No. 12840.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1949.

Writ of Certiorari Denied Nov. 14, 1949.

See 70 S.Ct. 150.

No appearance entered for appellant.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., H. A. Ringel, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.